SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Amy K. Lee, Bar No. 244542
alee@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California 94104
Telephone: (415) 983-5960
Facsimile: (415) 983-596

Attorneys for Defendant
The Jackson Laboratory

Leo F. Donahue, Esq.
Leo F. Donahue, Inc.
Donahue@lfdlaw.net
11344 Coloma Road, Suite 160
Gold River, CA 95670
Tele: (916) 859-5999
Fax: (916) 859-5984

Kevin W. Harris, Esq.
Law Offices of Kevin W. Harris
kevinwayneharris@yahoo.com
11344 Coloma Road, Suite 160
Gold River, CA 95670
Tele: (916) 859-5999
Fax: (916) 859-5984

Attorneys for Plaintiff Kelly Keehner

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY KEEHNER,<br><br>　　　　Plaintiff, v.<br><br>THE JACKSON LABORATORY, a Corporation of unknown origin; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-01954-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES [E.D. Cal. L. R. 137; 143]**<br><br>Courtroom 5<br>Judge: Hon. William B. Shubb |

　　　Plaintiff KELLY KEEHNER ("Plaintiff") and Defendant THE JACKSON LABORATORY ("Defendant"), by and between their respective attorneys of record, hereby stipulate as follows:

　　　1.　　On September 20, 2011, the parties filed a Joint Status Report with this Court, agreeing and requesting that the discovery cut-off occur 90 days before trial.

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISCOVERY AND EXPERT
DISCLOSURE DEADLINES

2. On October 28, 2011, this Court issued a Pretrial Scheduling Order, setting the trial date for August 28, 2012.

3. The Pretrial Scheduling Order also set the expert disclosure deadline for no later than January 17, 2012, which is 7 months before the scheduled trial date. The Pretrial Scheduling Order further set the completion of discovery for no later than February 29, 2012, which is 6 months before the scheduled trial date.

4. The parties have had insufficient opportunity to propound necessary discovery and take depositions in preparation for a Motion for Summary Judgment or Trial.

5. The parties have not yet received all of Plaintiff's medical records to provide to experts and have had insufficient opportunity to obtain expert reports before the January 17, 2012 deadline.

6. A brief 30 day continuance of the deadlines is necessary in order for both parties to obtain the information necessary to prepare a Motion for Summary Judgment or for Trial.

7. Pursuant to Local Rules 137 and 143, as well as Section IX of the Pretrial Scheduling Order, the parties agree to a continuance of the expert disclosure and reports cut-off to February 17, 2012 and discovery cut-off to March 29, 2012.

SO STIPULATED:

Dated: January 6, 2012                                    SHAW VALENZA LLP

                                                          By: s/D. Gregory Valenza
                                                              D. Gregory Valenza
                                                              Amy K. Lee
                                                              Attorneys for Defendant
                                                              THE JACKSON LABORATORY

Dated: January 6, 2012                                    LEO F. DONAHUE, INC.
                                                          LAW OFFICES OF KEVIN W. HARRIS


                                                          By: s/Leo F. Donahue
                                                              Leo F. Donahue
                                                              Kevin W Harris
                                                              Attorneys for Plaintiff
                                                              Kelly Keehner

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES

**ORDER**

Pursuant to the parties' Stipulation, and GOOD CAUSE APPEARING therefore:

IT IS HEREBY ORDERED that the parties shall disclose experts and produce reports by no later than February 17, 2012.

IT IS FURTHER ORDERED that all discovery shall be completed by March 29, 2012.

DATED:   January 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

208686.1.00594.004