1  SHAW VALENZA LLP
   D. Gregory Valenza, Bar No. 161250
2  gvalenza@shawvalenza.com
   Amy K. Lee, Bar No. 244542
3  alee@shawvalenza.com
   300 Montgomery Street, Suite 788
4  San Francisco, California 94104
   Telephone: (415) 983-5960
5  Facsimile: (415) 983-596

6  Attorneys for Defendant
   The Jackson Laboratory

7  Leo F. Donahue, Esq.
   Leo F. Donahue, Inc.
8  Donahue@lfdlaw.net
   11344 Coloma Road, Suite 160
9  Gold River, CA 95670
   Tele: (916) 859-5999
10 Fax: (916) 859-5984

11 Kevin W. Harris, Esq.
   Law Offices of Kevin W. Harris
12 kevinwayneharris@yahoo.com
   11344 Coloma Road, Suite 160
13 Gold River, CA 95670
   Tele: (916) 859-5999
14 Fax: (916) 859-5984

15 Attorneys for Plaintiff Kelly Keehner

16
   UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
17
   SACRAMENTO DIVISION
18

| | |
|---|---|
| KELLY KEEHNER, | Case No. 2:11-cv-01954-WBS-EFB |
| Plaintiff, v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES [E.D. Cal. L. R. 137; 143]** |
| THE JACKSON LABORATORY, a Corporation of unknown origin; and DOES 1 through 100, inclusive, | |
| Defendants. | Courtroom 5<br>Judge: Hon. William B. Shubb |

Plaintiff KELLY KEEHNER ("Plaintiff") and Defendant THE JACKSON LABORATORY ("Defendant"), by and between their respective attorneys of record, hereby stipulate as follows:

1.  On September 20, 2011, the parties filed a Joint Status Report with this Court, agreeing and requesting that the discovery cut-off occur 90 days before trial.

2. On October 28, 2011, this Court issued a Pretrial Scheduling Order, setting the trial date for August 28, 2012.

3. The Pretrial Scheduling Order also set the expert disclosure deadline for no later than January 17, 2012, which is 7 months before the scheduled trial date.  The Pretrial Scheduling Order further set the completion of discovery for no later than February 29, 2012, which is 6 months before the scheduled trial date.

4. The parties have had insufficient opportunity to propound necessary discovery and take depositions in preparation for a Motion for Summary Judgment or Trial.

5. The parties have not yet received all of Plaintiff's medical records to provide to experts and have had insufficient opportunity to obtain expert reports before the January 17, 2012 deadline.

6. A brief 30 day continuance of the deadlines is necessary in order for both parties to obtain the information necessary to prepare a Motion for Summary Judgment or for Trial.

7. Pursuant to Local Rules 137 and 143, as well as Section IX of the Pretrial Scheduling Order, the parties agree to a continuance of the expert disclosure and reports cut-off to February 17, 2012 and discovery cut-off to March 29, 2012.

SO STIPULATED:

Dated: January 6, 2012                        SHAW VALENZA LLP

                                              By: s/D. Gregory Valenza
                                                  D. Gregory Valenza
                                                  Amy K. Lee
                                                  Attorneys for Defendant
                                                  THE JACKSON LABORATORY

Dated: January 6, 2012                        LEO F. DONAHUE, INC.
                                              LAW OFFICES OF KEVIN W. HARRIS


                                              By: s/Leo F. Donahue
                                                  Leo F. Donahue
                                                  Kevin W Harris
                                                  Attorneys for Plaintiff
                                                  Kelly Keehner

# **ORDER**

Pursuant to the parties' Stipulation, and GOOD CAUSE APPEARING therefore:

IT IS HEREBY ORDERED that the parties shall disclose experts and produce reports by no later than February 17, 2012.

IT IS FURTHER ORDERED that all discovery shall be completed by March 29, 2012.

DATED: January 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

208686.1.00594.004