SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Amy K. Lee, Bar No. 244542
alee@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California 94104
Telephone: (415) 983-5960
Facsimile: (415) 983-596

Attorneys for Defendant
The Jackson Laboratory

Leo F. Donahue, Esq.
Leo F. Donahue, Inc.
Donahue@lfdlaw.net
11344 Coloma Road, Suite 160
Gold River, CA 95670
Tele: (916) 859-5999
Fax: (916) 859-5984

Kevin W. Harris, Esq.
Law Offices of Kevin W. Harris
kevinwayneharris@yahoo.com
11344 Coloma Road, Suite 160
Gold River, CA 95670
Tele: (916) 859-5999
Fax: (916) 859-5984

Attorneys for Plaintiff Kelly Keehner

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY KEEHNER,<br><br>            Plaintiff,<br><br>v.<br><br>THE JACKSON LABORATORY, a Corporation of unknown origin; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:11-cv-01954-WBS-EFB<br><br>**STIPULATION AND ORDER TO PERMIT LIMITED DISCOVERY BEYOND DISCOVERY DEADLINE**<br>**[E.D. Cal. L. R. 137; 143]**<br><br>Courtroom   24<br>Judge:         Hon. Edmund F. Brennan<br>                   U.S. Magistrate Judge |

Plaintiff KELLY KEEHNER ("Plaintiff") and Defendant THE JACKSON LABORATORY ("Defendant"), by and between their respective attorneys of record, hereby stipulate as follows:

1.      On February 23, 2012, Defendant filed and served a Notice of Motion and Motion to Compel Answers to Deposition Questions and Production of Documents to obtain Plaintiff's Employment Development Department records.  The Motion to Compel hearing is scheduled to take place on March 21, 2012.

2.      On March 3, 2012, Plaintiff agreed to sign the authorization for release of her Employment Development Department records.

3.      On March 5, 2012, Defendant's attorney, Amy K. Lee, Esq., learned from the Employment Development Department representative that after receipt of Plaintiff's signed authorization it could take the Employment Development Department months to produce the requested records.

4.      The discovery cut-off in this case is March 29, 2012.

5.      Pursuant to Local Rule 251, on March 6, 2012, Plaintiff's attorney Leo F. Donahue, Esq. and Defendant's attorney Amy K. Lee, Esq. engaged in the required meet and confer conference to resolve the discovery issues set forth in the Motion to Compel.  During the meet and confer conference, Plaintiff's attorney Leo F. Donahue reiterated that Plaintiff will sign the Employment Development Department authorization for release of records.

6.      The parties agree that any records received from the Employment Development Department will not be subject to the March 29, 2012 discovery cut-off.  The discovery deadline will remain open until the documents are received by Defendant as to the Employment Development Department records only.  All other discovery must be completed by the March 29, 2012 discovery cut-off.

SO STIPULATED:

Dated:  March 8, 2012                                    SHAW VALENZA LLP

By: /s/Amy K. Lee
    D. Gregory Valenza
    Amy K. Lee
    Attorneys for Defendant
    THE JACKSON LABORATORY

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION AND [PROPOSED] ORDER TO
PERMIT LIMITED DISCOVERY BEYOND
DISCOVERY DEADLINE

| | |
|---|---|
| Dated: March 8, 2012 | LEO F. DONAHUE, INC.<br>LAW OFFICES OF KEVIN W. HARRIS |
| | By: /s/Leo F. Donahue<br>Leo F. Donahue<br>Kevin W. Harris<br>Attorneys for Plaintiff<br>Kelly Keehner |

## ORDER

Pursuant to the parties' Stipulation, and GOOD CAUSE APPEARING therefore:

IT IS HEREBY ORDERED that any records received from the Employment Development Department will not be subject to the March 29, 2012 discovery cut-off. The discovery deadline will remain open until the documents are received by Defendant as to the Employment Development Department records only. All other discovery must be completed by the March 29, 2012 discovery cut-off.

DATED: March 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION AND [PROPOSED] ORDER TO
PERMIT LIMITED DISCOVERY BEYOND
DISCOVERY DEADLINE