```
Leo F. Donahue, Esq. - SB#114484
LEO F. DONAHUE, INC.
11344 Coloma Road, Suite 160
Gold River, California 95670
Tel: (916) 859-5999
Fax: (916) 859-5984
donahue@lfdlaw.net

Attorney for Plaintiff,
KELLY KEEHNER
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KEEHNER, | CASE NO. 2:11-CV-01954-WBS-EFH |
| Plaintiff, | **STIPULATION AND ORDER RE CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| v. | |
| THE JACKSON LABORATORY, a Corporation of unknown origin; and DOES 1 through 100, inclusive, | Date: May 7, 2012<br>Time: 2:00 p.m.<br>Ctrm: Six |
| Defendant. | |

IT IS STIPULATED between the parties, and the court may order that:

1. The Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication presently set for hearing at 2:00 pm on May 7, 2012 be continued to 2:00 pm on May 21, 2012.

DATED: April 16, 2012

```
                              /s/ Leo F. Donahue
                              LEO F. DONAHUE
                              Attorney for Plaintiff,
                              KELLY KEEHNER
```

1 | DATED: April 16, 2012

3 | /s/ Amy K. Lee
AMY K. LEE
4 | Attorney for Defendant,
THE JACKSON LABORATORY

6 | IT IS SO ORDERED.

8 | DATED: April 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RE CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**     2