Leo F. Donahue, Esq. - SB#114484
LEO F. DONAHUE, INC.
11344 Coloma Road, Suite 160
Gold River, California 95670
Tel: (916) 859-5999
Fax: (916) 859-5984
donahue@lfdlaw.net

Attorney for Plaintiff,
KELLY KEEHNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KEEHNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE JACKSON LABORATORY, a Corporation of unknown origin; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | CASE NO. 2:11-CV-01954-WBS-EFH<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:　　May 7, 2012<br>Time:　　2:00 p.m.<br>Ctrm:　　Six |

   IT IS STIPULATED between the parties, and the court may order that:

   1.   The Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication presently set for hearing at 2:00 pm on May 7, 2012 be continued to 2:00 pm on May 21, 2012.

DATED: April 16, 2012

　　　　　　　　　　　　　　　/s/ Leo F. Donahue
　　　　　　　　　　　　　　　LEO F. DONAHUE
　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　KELLY KEEHNER

**STIPULATION AND ORDER RE CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**　　　1

1 | DATED: April 16, 2012

/s/ Amy K. Lee
AMY K. LEE
Attorney for Defendant,
THE JACKSON LABORATORY

IT IS SO ORDERED.

DATED: April 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RE CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**     2